| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Maude's Alabama BBQ, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN - EDMI** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express<br>P.O. Box 60189<br>City of Industry, CA 91716 | info@amex.com<br>800-528-4800 | collection | | | | $3,306.78 |
| American Express<br>P.O. Box 60189<br>City of Industry, CA 91716 | info@amex.com<br>800-528-4800 | collection | | | | $458.13 |
| Credit Key<br>145 S. Fairfax Ave., 2nd Floor<br>Los Angeles, CA 90036 | contactus@creditkey.com<br>877-539-6119 | collection for Missouri State Chartered Community Bank | | | | $18,684.17 |
| Door Dash Flint<br>301 Howard St., Ste 1500<br>San Francisco, CA 94105 | customersupport@doordash.com<br>855-431-0459 | services | | | | $8,925.41 |
| Door Dash Lapeer<br>301 Howard St., Ste 1500<br>San Francisco, CA 94105 | customersupport@doordash.com<br>855-431-0459 | services | | | | $1,531.26 |
| First Electronic Bank<br>2150 S. 1300 East #400<br>Salt Lake City, UT 84106 | information@firstelectonic.com<br>801-572-4004 | collection | | | | $49,000.00 |
| Forward Financing<br>53 State St,<br>Boston, MA 02109 | info@forwardfinancing.com<br>888-244-9099 | collection | | | | $28,000.00 |
| Idea 247, Inc.<br>200 SE 1st<br>Miami, FL 33131 | customerservice@ideafinancialc.com<br>855-900-7838 | MCA | | $41,891.53 | $31,000.00 | $10,891.53 |

Debtor **Maude's Alabama BBQ, LLC**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS Centralized Insolvency Operations**<br>P.O. Box 21126<br>Philadelphia, PA 19114 | 800-829-1040 | **941 Taxes** | | | | $7,900.00 |
| **Lease Corp. of America**<br>3150 Livernois Road, Ste. 300<br>Troy, MI 48083 | customerservice@leasegroup.com<br>800-800-8098 | collection | | | | $1,368.00 |
| **Paypal Buyer -Synchrony Bank**<br>P.O. Box 71707<br>Philadelphia, PA 19176 | info@paypal.com<br>844-373-4961 | collection | | | | $6,793.00 |
| **PayPal Mastercard**<br>P.O. Box 20057<br>Dallas, TX 75320 | info@paypal.com<br>844-373-4961 | collection | | | | $4,683.45 |
| **Quick Books Capital c/o Web Bank**<br>P.O. Box 84298<br>Dallas, TX 75284-2978 | info@quickbooks.com<br>877-683-3780 | services | | | | $3,257.07 |
| **Regions Bank dba Assention Capital**<br>23970 Hwy 59N<br>Kingwood, TX 77339 | contact@regionsbank.com<br>800-734-4667 | collection | | | | $7,800.00 |
| **SYSCO**<br>41600 Van Born Rd.<br>Canton, MI 48188 | marketing@sysco.com<br>281-584-1390 | collection | | | | $8,426.44 |
| **WJRT TV/ABC 12**<br>P.O. Box 7009<br>Springfield, OR 97475 | brock.m.rick@abc12.com<br>810-233-3130 | collection | | | | $6,500.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2