# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:   Maude's Alabama BBQ LLC

Case No.   24-31583
Chapter    11
Judge      Applebaum

Debtor.
_____/

## Balance Sheet For Small Business

### Assets

| | |
|---|---|
| Machinery/Tools | $26500 |
| Liquor license | $10,000 |
| Cash on hand | $9900 |
| Inventory | $3000 |
| Office Equipment | $1500 |
| Land & Building | $435,000 |
| Total Assets | $485,900 |

### Liabilities

| | |
|---|---|
| Elga CU | $43,839 |
| Idea 247 | $41,891 |
| Lapeer County Treasurer | $8581 |
| Genesee County Treasurer | $3901 |
| Carmela Phillips | $368,000 |
| General Unsecured | $148,733 |
| Total Liabilities | $614,945 |

**Owners Equity**          ($129,045)

**Total Assets and owners equity**     $485,900

Respectfully submitted,

Dated: 8/26/24

/s/ *George E. Jacobs*
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com