UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Maude's Alabama BBQ LLC

        Case No.   24-31583
Debtor.       Chapter    11
_____/    Judge      Applebaum

## CASH FLOW FOR SMALL BUSINESS

Dated: 8/26/24

Respectfully submitted,

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

# Form 1120-S — U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date: 02/28/19 | **Name:** MAUDE'S ALABAMA BBQ, LLC / MAUDE'S ALABAMA BBQ | **D** Employer identification number: 83-3777464 |
| **B** Business activity code number: 722513 | **Number, street:** 2602 DAVISON RD | **E** Date incorporated: 02/28/2019 |
| **C** Check if Sch. M-3 attached: ☐ | **City:** FLINT, MI 48506 | **F** Total assets: $598,763 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? Yes ☐ No ☒
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination
**I** Enter the number of shareholders who were shareholders during any part of the tax year: 3
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

Caution: Include only trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 1,130,042 |
| 1b | Less Returns and allowances | |
| 1c | Balance | 1,130,042 |
| 2 | Cost of goods sold (attach Form 1125-A) | 415,133 |
| 3 | Gross profit. Subtract line 2 from line 1c | 714,909 |
| 4 | Net gain (loss) from Form 4797, line 17 | |
| 5 | Other income (loss) — SEE STMT 1 | 2,014 |
| 6 | Total income (loss). Add lines 3 through 5 | 716,923 |

### Deductions

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers | 75,962 |
| 8 | Salaries and wages (less employment credits) | 266,618 |
| 9 | Repairs and maintenance | 54,797 |
| 10 | Bad debts | |
| 11 | Rents | 16,511 |
| 12 | Taxes and licenses | 111,241 |
| 13 | Interest | 54,655 |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere | 54,854 |
| 15 | Depletion | |
| 16 | Advertising | 28,092 |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | |
| 20 | Other deductions (attach statement) — SEE STMT 2 | 185,160 |
| 21 | Total deductions. Add lines 7 through 20 | 847,890 |
| 22 | Ordinary business income (loss). Subtract line 21 from line 6 | -130,967 |

### Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax | |
| 23b | Tax from Schedule D (Form 1120-S) | |
| 23c | Add lines 23a and 23b | |
| 24a | Current year's estimated tax payments & preceding year's overpayment credited to the current year | |
| 24b | Tax deposited with Form 7004 | |
| 24c | Credit for federal tax paid on fuels (attach Form 4136) | |
| 24d | Elective payment election amount from Form 3800 | |
| 24z | Add lines 24a through 24d | |
| 25 | Estimated tax penalty. Check if Form 2220 is attached ☐ | |
| 26 | Amount owed | |
| 27 | Overpayment | |
| 28 | Credited to 2024 estimated tax / Refunded | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return...

Signature of officer: RONALD DARNELL
Title: PRESIDENT
May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name: PATRICIA SCHOFIELD | Preparer's signature: PATRICIA SCHOFIELD |
| Date: 08/19/24 | Check ☒ if self-employed |
| PTIN: P00149509 | |
| Firm's name: SCHOFIELD ACCOUNTING & TAX SERVICE | Firm's EIN: 20-4219156 |
| Firm's address: 11118 N JENNINGS RD, CLIO, MI 48420 | Phone no. 810-252-5911 |

For Paperwork Reduction Act Notice, see separate instructions. Form **1120-S** (2023)

DAA