# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In re: Maude's Alabama BBQ, LLC　　　　　　Case No. 24-31583
　　　　　　　　　　　　　　　　　　　　　　　　Ch.　　　11
　　　　　　　　　　　　　　　　　　　　　　　　Judge:　Joel D. Applebaum

Debtor.
_____/

## ORDER SETTING HEARING ON DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL PURSUANT TO SECTION 363 (c) OF THE BANKRUPTCY CODE AND FIRST DAY MOTION FOR AN ORDER AUTHORIZING DEBTOR TO PAY PRE- PETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS

　　　　This matter came before the Court on the Motions of Debtor which the Court is treating as requesting an expedited hearing on the interim use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code and for payment of pre-petition wages and benefits. The Court finding sufficient cause to hold an expedited hearing on Debtor's use of cash collateral and pre-petition wages and the payment of benefits on an interim basis only,

　　　　**NOW, THEREFORE,**

　　　　**IT IS ORDERED** that the Court shall conduct an **IN PERSON** hearing on the Debtor's interim use of cash collateral and authorizing Debtor to pay pre-petition wages, compensation, and employee Benefits on August 28, 2024 at 1:00 pm ET.

　　　　**IT IS FURTHER ORDERED** that a copy of this Order, along with the underlying Motion to Use Cash Collateral and First Day Motion for an Order Authorizing Debtor to Pay Pre-Petition Wages, Compensation, and Employee Benefits and exhibits, shall be served on all secured creditors of record and the entities listed on Debtor's twenty largest unsecured creditors by email or overnight mail within 24 hours after entry of this Order.

　　　　**IT IS FURTHER ORDERED** that written objections to the interim use of cash collateral and authorizing Debtor to pay pre-petition wages, compensation, and employee benefits shall be filed no later than 10:00 am ET on August 28, 2024. Objections may also be raised orally at the hearing.

　　　　**IT IS FURTHER ORDERED** that within 24 hours after entry of this Order, Debtor shall file an affidavit under oath of Ronald Darnell a setting forth the *actual and necessary* amount of cash collateral to be used by Debtor so as to avoid immediate and irreparable harm between August 28, 2024 and September 4, 2024. Ronald Darnell shall be prepared, if necessary, to testify at the hearing under oath as to this amount.

**IT IS FURTHER ORDERED** that the Court shall hold a second interim hearing on the Motion on date to be set during the September 4, 2024 hearing. At that hearing, the Court will, among other things, set a date and time for the Final Hearing on the Motion.

**Signed on August 26, 2024**



/s/ Joel D. Applebaum

Joel D. Applebaum
United States Bankruptcy Judge