UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Maude's Alabama BBQ, LLC

Case no. 24-31583
Ch. 11-
Judge: Joel D. Applebaum

Debtor.
_____/

## EXHIBIT TO FIRST DAY MOTION FOR AN ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES AND COMPENSATION

Respectfully submitted,

Dated: 8/27/24

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

# Projection of Income and expense    8/28/24-9/4/24

Maude's Alabama BBQ LLC

## REVENUE

| | |
|---|---|
| Gross Sales | $23,675 |
| Sales Tax | $1,421 |
| NET SALES | $22,255 |

## EXPENSES

| | |
|---|---|
| Food purchase | $7122 |
| credit card fees | $480 |
| insurance | $750 |
| Third party deliver expense | $575 |
| Supplies | $586 |
| Wages | $2900 |
| Total Expenses | $12,413 |
| NET OPERATING INCOME | $9842 |